UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:20-cv-00459-DBH<br>) |
| DISH NETWORK LLC<br>Defendant, | )<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Defendant's Motion to Dismiss, issued on January 15, 2021 by U.S. District Judge, D. Brock Hornby, the Plaintiff's Complaint is Dismissed.

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Charity Pelletier
      Deputy Clerk

Dated: January 15, 2021