UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 JAN 19 P 3: 44

DEPUTY CLERK

Gregory Paul Violette,

Plaintiff,

Vs.

Civil Action No. 1:20-cv-00459-DBH

Dish Network L.L.C.
Defendant.

Plaintiff Amended Complaint

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

- On or about, September 3, 2018, I order Dish Cable and Internet. Our monthly bill was $123.00.
- Dish advertised that their Internet was BLAZING-FAST and it was NOT, it was really slow.
- We increased the speed, Mbps's and still their Internet was slow.
- We feel that Dish has NOT treated their customers fairly with their false advertising of having BLAZING-FAST Internet.
- Dish needs to stop their false advertising and be penalized for their false advertising and their poor dealing with their customers.
- Dish has made a false statement as I will show with their advertising done via Family Dollar sales receipt.
- I relied on Dish's statement of having blazing-fast internet and it was NOT true and they knew their internet is NOT blazing-fast. I was caused a great deal of harm by Dish.

1.

I ask the court to NOT dismiss this case. The defendant has NOT given any good cause to dismiss this case.

## CONCLUSION

Plaintiff prays that the court will make Dish stop their false advertising award Plaintiff punitive damages and exemplary damages in the amount of $550,000.00 because of Defendant's unfairly dealing with their customers and possible new customers. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Madison, ME this 16th day of January 2021.

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

2.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Amended Complaint and NOT to Dismiss was served on January 16, 2021, via U.S. first-class mail upon Katherine S. Kayatta, Merrill's Wharf, 254 Commercial St, Portland, ME 04101.

Dated: January 16, 2021

Gregory Paul Violette