## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, | ) |
| | ) |
|         PLAINTIFF | ) |
| | ) |
| v. | )    CIVIL NO. 1:20-CV-459-DBH |
| | ) |
| DISH NETWORK, LLC, | ) |
| | ) |
|         DEFENDANT | ) |

## ORDER STRIKING AMENDED COMPLAINT

The plaintiff filed a "Plaintiff Amended Complaint" on January 19, 2021 (ECF No. 12). I previously dismissed his Complaint on January 15, 2021 (ECF No. 10), and a Judgment of Dismissal entered that same day (ECF No. 11). I therefore **STRIKE** the purported "Plaintiff Amended Complaint" because there is no lawsuit pending. I also observe that it suffers from the same infirmities that led me to dismiss the Complaint in the first place.

SO ORDERED.

DATED THIS 22ND DAY OF JANUARY, 2021

                                        /S/D. BROCK HORNBY
                                        **D. BROCK HORNBY**
                                        UNITED STATES DISTRICT JUDGE